Lake Erie Seed Company, Respondent, v. J. P. Duffy (First Name Unknown), Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Harrison K. Cole, Respondent, v. Victor R. Slate and Savannah H. Slate, Jr., Appellants.— Judgment modified by reducing the amount of the verdict to the sum of five dollars and thirty-one cents as of the date of the rendition thereof in Justice's Court, and as so modified affirmed, without costs of the appeal in this court to either party. All concurred, except McLennan, P. J., who dissented and voted for affirmance, and Williams, J., who dissented and voted for reversal.

Victor Vervaeke and Hector Vervaeke, Plaintiffs, v. James C. Fargo, as President of the American Express Company, Defendant.— Plaintiffs' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred, except McLennan, P. J., who dissented.

Baker Cart Company, Respondent, v. Jamesville Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Myer Einstein, Appellant, v. Joseph A. Miller and Ida E. Miller, Respondents. — Judgment and order affirmed, with costs. All concurred.

Sarah McAdams, Appellant, v. William E. Lawn and Elizabeth Lawn, Respondents.— Judgment affirmed, with costs. All concurred.

Abram L. Warner, Respondent, v. English Woolen Mills Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Frank O'Brien, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the defendant was not shown guilty of actionable negligence, and that the blowing of the whistle was not shown to be the proximate cause of the accident. All concurred, except Spring and Robson, JJ., who dissented.

Lehigh Valley Railroad Company, Respondent, v. Auburn Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Warner Brainard, Respondent, v. The New York, Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

James Gurvin, Respondent, v. The New York Central and Hudson River Railroad Company and Tonawanda Iron and Steel Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

James Panzica, Respondent, v. Carmelo Gugino, Appellant.— Judgment and order affirmed, with costs. All concurred.

The City of Geneva, Respondent, v. Robert W. Henson and Others, Appellants. — Final order affirmed, with costs. All concurred; Robson, J., not sitting.